■ VIVIAN G. SCHAUER, Appellant, v THOMAS W. GENT, JR., et al., Respondents.—Appeal from an order and judgment of the Supreme Court at Special Term (Lee, Jr., J.), entered September 14, 1984 in Delaware County, which partially granted defendant's motion for summary judgment dismissing the complaint.

Order and judgment affirmed, with costs, upon the opinion of Justice David F. Lee, Jr., at Special Term. We add only that we reject plaintiff's contention that the Special Term Justice should have recused himself since that issue has not been preserved for our review. Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.

(November 20, 1985)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTONIO WORTHAM, Petitioner, v EVERETT JONES, as Superintendent of Great Meadow Correctional Facility, Respondent.—Application, pursuant to CPLR 7002 (b) (2), for writ of habeas corpus denied *(see, People ex rel. Thomas v LeFevre,* 102 AD2d 925). Kane, J. P., Main, Yesawich, Jr., Levine and Harvey, JJ., concur.